

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                         | §  |                        |
|-------------------------|----|------------------------|
| IN RE                   | §  | No. 08-24-00127-CR     |
|                         | §  |                        |
| JAVIER RIVERA FRANCO,   | §  | AN ORIGINAL PROCEEDING |
|                         | §  |                        |
| Relator.                | §  | IN MANDAMUS            |
|                         | §  |                        |

## J U D G M E N T

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Lela Mays of the 283rd District Court of Dallas County, Texas and concludes that Relator's petition for writ of mandamus should be dismissed for want of jurisdiction. We therefore dismiss the petition for writ of mandamus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 20TH DAY OF MAY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.